**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RICHARD SPITZ,

  Plaintiff,

                                                                CASE NO: 6:16-cv-00963-JA-TBS

-vs-

PENN CREDIT CORPORATION,

  Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, RICHARD SPITZ, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, RICHARD SPITZ, and Defendant, PENN CREDIT CORPORATION, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  */s/ Shaughn C. Hill*
                                                  SHAUGHN C. HILL, ESQUIRE
                                                  Florida Bar No. 0105998
                                                  MORGAN & MORGAN, TAMPA, P.A.
                                                  One Tampa City Center
                                                  201 N. Franklin Street, Suite 700
                                                  Tampa, FL 33602
                                                  Telephone:  (813) 223-5505
                                                  Facsimile:  (813) 223-5402
                                                  Primary Email: SHill@ForThePeople.com
                                                  Secondary: LCrouch@ForThePeople.com
                                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January, 2017, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar#: 0338620